# In the United States Court of Federal Claims

No. 20-66C
Filed: December 1, 2020
NOT FOR PUBLICATION

**LARRY LANDGRAF,**

       *Plaintiff*,

v.

**UNITED STATES,**

       *Defendant*.

## ORDER

As explained in the Memorandum Opinion filed concurrently with this Order, the plaintiff is unable, as a matter of law, to establish the existence of a binding contract with the United States for the removal of his brush. Accordingly, the defendant's motion to dismiss is **GRANTED**, and the complaint is **DISMISSED** pursuant to Rule 12(b)(6) of the Rules of the Court of Federal Claims for failure to state a claim upon which relief can be granted.

The Clerk is **DIRECTED** to enter judgment dismissing the complaint.

No costs are awarded.

It is so **ORDERED**.

                                                     s/ Richard A. Hertling
                                                     **Richard A. Hertling**
                                                     **Judge**